IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>    Defendants. | No. 2:16-cv-01547-MCE-DMC-P<br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On July 1, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 1, 2019, are adopted in full; and

2. California Medical Facility and California Department of Corrections and Rehabilitation are dismissed as immune defendants with respect to Plaintiff's constitutional claims. To the extent that Plaintiff attempts to assert a claim under the Americans with Disabilities Act for maintaining "freezing cold conditions" in the prison, that effort also fails since Plaintiff has not shown he has any disability, let alone how the alleged temperature interfered with that disability.

IT IS SO ORDERED.

Dated: August 16, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE