IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID W. WILSON,** | Case No. 2:16-cv-01547 MCE DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA MEDICAL FACILITY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' first request for an extension of time is **GRANTED**. Defendants are relieved of their obligation to respond to Plaintiff's complaint, if necessary, until 30 days after the Court issues a final ruling on Defendants' motion to revoke plaintiff's *in forma pauperis* status.

Dated: January 2, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1