# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

Plaintiff,

v.

MICHAEL C. SMITH, et al.,

Defendants.

No. 2:16-cv-01547-MCE-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 30, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  ECF No. 38.  Timely objections to the findings and recommendations have been filed.  ECF Nos. 39, 40.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2020, ECF No. 38, are ADOPTED in full;

2. Defendants' motion to revoke Plaintiff's in forma pauperis status, ECF No. 27, is GRANTED;

3. Plaintiff's in forma pauperis status is REVOKED;

4. Defendants' motion to strike Plaintiff's counterclaim, ECF No. 35, is GRANTED;

5. Plaintiff's counterclaim, ECF No. 33, is STRICKEN; and

6. Plaintiff shall pay the filing fees for this case in full within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  October 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE